UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIANQUN ZHANG,<br><br>                Plaintiff,<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>                Defendants. | Civil Action No. 1:26-cv-00745<br><br>JURY TRIAL DEMANDED |

**EXHIBIT 1 – SEALED DOCUMENT**

      This document is being filed under seal with a motion for leave to file documents under Seal. A full version of **Exhibits 1** will be filed separately under seal and will remain under seal until further order of this court.

DATED January 15, 2026

                                                        Respectfully submitted,

                                                        By: /s/ Xiyan Zhang
                                                             Xiyan Zhang
                                                             Stratum Law LLC
                                                             18 Campus Blvd. Ste. 100
                                                             Newtown Square, PA 19073
                                                             Phone# (215) 395-8756
                                                            Bar# 5052642
                                                            xzhang@stratumlaw.com
                                                            *Counsel for Plaintiff*