UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIANQUN ZHANG,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　　Defendants. | Civil Action No. 1:26-cv-00745<br><br>JURY TRIAL DEMANDED |

**SCHEDULE A – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this court.

DATED January 15, 2026　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Xiyan Zhang
　　　　　　　　　　　　　　　　　　　　　　　　Xiyan Zhang
　　　　　　　　　　　　　　　　　　　　　　　　Stratum Law LLC
　　　　　　　　　　　　　　　　　　　　　　　　18 Campus Blvd. Ste. 100
　　　　　　　　　　　　　　　　　　　　　　　　Newtown Square, PA 19073
　　　　　　　　　　　　　　　　　　　　　　　　Phone# (215) 395-8756
　　　　　　　　　　　　　　　　　　　　　　　　Bar# 5052642
　　　　　　　　　　　　　　　　　　　　　　　　xzhang@stratumlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

1